**ALI AND BAINS PC**
**118-35 QUEENS BLVD**
**FOREST HILLS NY 11375**
**Ph(718) 544-8000**
**Fx(718) 480-1244**
**CE (516) 225-6094**



August 7, 2017

HON. Judge Daniels
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: Calamia v City of New York Et Al   16-6140  (GBD)

Dear Judge Daniels,

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: AUG 09 2017

We are counsel to the plaintiff on the above matter.

On July 21, 2017 the court issued an order requiring the plaintiff to execute a release pursuant to local rule 83.10. If the release was not executed the defendant may move to dismiss this action.

Due to holiday schedules I was not able to timely contact my client. I am requesting a 2-week extension of the August 7, 2017 deadline.

I spoke to opposing counsel Mr. Ariel Lichterman and he graciously consented to my extension and indicated he would not oppose my application.

Kindly contact my office at the above number as to the court's decision on the application for an Extension

If you have any questions, please feel free to call me at the above listed number.

Tejinder Bains

Tejinder Bains